IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **SHERRY CRAFT, Individually, and as Class Representative for all others similarly situated,** ) ) ) | |
| **Plaintiff,** ) ) | |
| v. ) ) | CASE NO. 3:07-cv-00132 (CDL) |
| **NORTH SEATTLE COMMUNITY COLLEGE FOUNDATION, d/b/a AMERICAN FINANCIAL SOLUTIONS, AMERIX CORPORATION, JOHN DOE CORPORATIONS 1-8, and JOHN DOES 1-15,** ) ) ) ) ) ) | |
| **Defendants.** ) | |

## STATUS REPORT

Pursuant to the Court's request at the March 26, 2008 hearing, Plaintiff Sherry Craft, Defendant North Seattle Community College Foundation, d/b/a American Financial Solutions ("AFS"), and Amerix Corporation ("Amerix") (collectively the "Parties") hereby submit the following status report with respect to AFS's Motion to Stay and Amerix's Motion to Dismiss:

1. Plaintiff and AFS have agreed to arbitrate Plaintiff's claims against AFS. Accordingly, Plaintiff has agreed to commence arbitration against AFS in Atlanta, Georgia, and AFS has agreed that it will not argue that the forum selection clause in Plaintiff's contract with AFS prohibits arbitration in Atlanta.

2. In light of this agreement, Plaintiff requests that the Court issue a stay of all claims against AFS and refer the parties to arbitration. Plaintiff prefers to have the case open pending arbitration in the event an award is rendered in her favor so that the award can be domesticated. AFS requests that the Court dismiss Plaintiff's claims against AFS without prejudice.

3. Plaintiff and AFS agree that all other claims and defenses and all arguments regarding the scope of the arbitration proceedings are reserved and can be asserted in the arbitration. Plaintiff and AFS further agree that if any state's debt adjusting act applies to the relationship between Plaintiff and AFS, it is the Georgia Debt Adjusting Act, O.C.G.A. § 18-5-1 *et seq.*, subject to all factual and statutory arguments as may apply to the Georgia Debt Adjusting Act.

4. Plaintiff's claims against Amerix and Amerix's motion to dismiss Plaintiff's claims remain pending in this Court.

Respectfully submitted, this 4th day of April, 2008.

    *s/*James W. Hurt, Jr._____
James W. Hurt, Jr.
Georgia bar No. 380104
WINBURN, LEWIS & STOLZ, LLP
279 Meigs Street
Athens, GA 30601
Tel: 706-353-6585
Fax: 706-354-1785

*Attorney for Plaintiff*


    *s/*Bernard Taylor_____
Bernard Taylor
Georgia Bar No. 699625
Scott A. Elder
Georgia Bar No. 665879
Sean A. Simmons
Georgia Bar No. 142519
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA  30309
404-881-7000 (phone)
404-881-7777 (fax)
bernard.taylor@alston.com
scott.elder@alston.com
sean.simmons@alston.com

Lawrence H. Cooke II (admitted *pro hac vice*)
Edward P. Boyle (admitted *pro hac vice*)
VENABLE LLP
Rockerfeller Center
1270 Avenue of the Americas
25th Floor

New York, NY 10020
(212) 307-5500 (telephone)
(212) 307-5598 (fax)
lhcooke@venable.com
epboyle@venable.com

*Attorneys for North Seattle Community College Foundation d/b/a American Financial Solutions*


s/ Brian L. Moffet_____
J. Vincent Cook
Georgia Bar No. 184100
R. Christopher Irwin, III
Georgia Bar No. 384805
COOK, NOELL, TOLLEY, BATES
& MICHAEL, LLP
304 East Washington Street
P.O. Box 1927 Athens, Georgia 30603
Tel: (706) 549-6111
Fax: (706)548-0956

OF COUNSEL:
Lawrence Fletcher-Hill
Brian L. Moffet (admitted *pr hac vice*)
GORDON, FEINBLATT, ROTHMAN,
HOFFBERGER & HOLLANDER, LLC
The Garrett Building
233 East Redwood Street
Baltimore, Maryland 21202-3332
Tel: (410) 576-4000
Fax: (410) 576-4246

*Attorneys for Defendant Amerix Corporation*