```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE MIDDLE DISTRICT OF GEORGIA
                          ATHENS DIVISION
```

SHERRY H. CRAFT, individually      *
and as class representative for
all others similarly situated,     *

    Plaintiff,                     *
                                                        CASE NO. 3:07-CV-132(CDL)
vs.                                *

NORTH SEATTLE COMMUNITY COLLEGE    *
FOUNDATION, d/b/a AMERICAN
FINANCIAL SOLUTIONS, *et al.*,     *

    Defendants.                    *

## O R D E R

Defendant North Seattle Community College Foundation d/b/a American Financial Solutions ("AFS") moved the Court to stay this litigation in favor of arbitration that is pending in Maryland (Doc. 9). Following a hearing on that motion, Plaintiff and AFS agreed to arbitrate Plaintiff's claims against AFS in Atlanta, Georgia (*see* Status Report, Apr. 4, 2008 (Doc. 29)). Accordingly, the Court ORDERS that:

    A.    Plaintiff's claims against AFS are REFERRED to arbitration in accordance with the parties' agreement.

    B.    Plaintiff's claims against AFS in this action are STAYED pending arbitration.

    C.    Plaintiff and AFS shall file with the Court a report on the status of the arbitration proceedings within ninety (90) days of the date of this order.

D.   AFS's Motion to Stay (Doc. 9) is denied as moot.


IT IS SO ORDERED, this 8th day of April, 2008.


                                        S/Clay D. Land
                                        CLAY D. LAND
                                  UNITED STATES DISTRICT JUDGE