IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| SHERRY CRAFT, Individually, and as Class Representative for all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>NORTH SEATTLE COMMUNITY COLLEGE FOUNDATION, d/b/a AMERICAN FINANCIAL SOLUTIONS, AMERIX CORPORATION, JOHN DOE CORPORATIONS 1-8, and JOHN DOES 1-15,<br><br>    Defendants. | CASE NO. 3:07-cv-00132 (CDL) |

**DEFENDANT NORTH SEATTLE COMMUNITY COLLEGE FOUNDATION d/b/a AMERICAN FINANCIAL SOLUTION'S MOTION TO LIFT STAY**

Defendant North Seattle Community College Foundation d/b/a American Financial Solutions ("AFS") hereby moves to lift the stay pending arbitration entered by the Court on April 8, 2008. AFS desires to eliminate the inefficiency of resolving Plaintiff's claims in two different forums, and in support of this motion, AFS states as follows:

1. AFS moved to dismiss Plaintiff's claims and to compel arbitration on December 21, 2007. Following oral argument, the Court requested that AFS and Plaintiff discuss a negotiated resolution of AFS's motion. On April 4, 2008, AFS and Plaintiff submitted a joint status report indicating that they agreed to arbitrate Plaintiff's claims in Atlanta, Georgia and had reached certain other agreements with respect to potential arguments related to forum selection.

2. The Court entered an Order on April 8, 2008 referring Plaintiff's claims against AFS to arbitration in accordance with the parties' agreement. The Court ordered the parties to submit a status report on the arbitration within ninety (90) days (by July 7, 2007).

3. In addition to her claims against AFS, Plaintiff also asserts claims against Defendant Amerix Corporation ("Amerix"), and Plaintiff's claims against Amerix remain pending in this Court. At the time AFS moved to compel arbitration of Plaintiff's claim, AFS and Amerix had discussed the possibility of Amerix voluntarily joining the AFS-Plaintiff arbitration in order to resolve all claims in one forum. Ultimately, Amerix elected to remain in Court and not to participate in the AFS-Plaintiff arbitration.

4. Plaintiff's allegations against Amerix and AFS will necessarily require discovery of the facts concerning the relationship between Amerix and AFS and the operations of the Defendants with respect to the Plaintiff. Thus, Plaintiff will need to conduct discovery of AFS in order to pursue her claims against Amerix in this Court. In addition, because Amerix was involved in the relationship between AFS and Plaintiff, Plaintiff will need to conduct substantially the same discovery in the arbitration even though Amerix is not a party to that proceeding. Thus, AFS anticipates that discovery in the AFS-Plaintiff arbitration in the Amerix-Plaintiff litigation will overlap substantially.

5. In order to avoid inefficient litigation and unnecessary duplication of effort, AFS hereby requests that the Court lift the stay and permit AFS and Plaintiff to litigate their claims in this Court rather than proceeding with a separate arbitration.

6. Plaintiff has not yet initiated arbitration against AFS. Accordingly, there will be no wasted expense associated with lifting the stay and permitting AFS and Plaintiff to

litigate their claims in this action. AFS has consulted with both Plaintiff and Amerix prior to filing this motion, and neither Plaintiff nor Amerix opposes the motion.

For the reasons stated above, Defendant AFS respectfully requests that the Court lift the previously granted stay pending arbitration and permit AFS and Plaintiff to litigate their claims in this action.  A proposed order granting this motion is attached.

Respectfully submitted, this 7th day of July, 2008.

/S/Scott A. Elder
Bernard Taylor
Georgia Bar No. 699625
Scott A. Elder
Georgia Bar No. 665879
Sean A. Simmons
Georgia Bar No. 142519

**ALSTON & BIRD, LLP**
1201 West Peachtree Street
Atlanta, GA  30309
404-881-7000 (phone)
404-881-7777 (fax)
bernard.taylor@alston.com
scott.elder@alston.com
sean.simmons@alston.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed the above DEFENDANT NORTH SEATTLE COMMUNITY COLLEGE FOUNDATION d/b/a AMERICAN FINANCIAL SOLUTION'S MOTION TO LIFT STAY with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following Parties' counsel of record:

James W. Hurt, Jr.
Irwin W. Stolz, Jr.
WINBURN, LEWIS & STOLZ, LLP
279 Meigs Street
Athens, GA 30601
Tel: 706-353-6585
Fax: 706-354-1785

G. Rick DiGiorgio
Jon C. Conlin
CORY, WATSON, CROWDER &
DEGARIS
2131 Magnolia Avenue
Birmingham, Alabama 35205
Tel: 205-328-2200
Fax: 205-324-7896

James M. Feagle
108 E. Ponce De Leon Ave.
Suite 204
Decatur, GA 30030
Tel: 404-373-1970

Keith Anderson Nelms
847 S. McDonough Street
Montgomery, AL 36104
Tel: 334-263-7733

Kris K. Skaar
P.O. Box 1478
Marietta, GA 30061-1478
Tel: 770-427-5600
Fax: 770-427-9414

*Attorneys for Plaintiff Sherry H. Craft*

Lawrence H. Cooke, II
Edward P. Boyle
VENABLE LLP
The Chrysler Building
56th Floor
405 Lexington Avenue
New York, NY 10174
Tel: 212-307-5500
Fax: 212-307-5598

*Attorneys for Defendant North Seattle Community College Foundation d/b/a American Financial Solutions*

J. Vincent Cook
Christopher Irwin, III
COOK, NOELL, TOLLEY, BATES & MICHAEL, LLP
304 East Washington Street
P.O. Box 1927
Athens, Georgia 30603
Tel: 706-549-6111
Fax: 706 548-0956

Lawrence Fletcher-Hill
Brian L. Moffet
GORDON, FEINBLATT, ROTHMAN, HOFFBERGER & HOLLANDER, LLC
The Garrett Building
233 East Redwood Street
Baltimore, Maryland 21202-3332
Tel: 410-576-4000
Fax: 410-576-4246

*Attorneys for Defendant Amerix Corporation*

This 7th day of July, 2008.

                                *s/*Scott A. Elder
                                Scott A. Elder

                                *Attorneys for Defendant North Seattle Community College Foundation d/b/a American Financial Solutions*

ALSTON & BIRD, LLP
1201 West Peachtree Street
Atlanta, GA  30309
404-881-7000 (phone)
404-881-7777 (fax)
scott.elder@alston.com