

Cory | Watson | Crowder | DeGaris

ATTORNEYS

G. Rick DiGiorgio
(205) 271-7105
(205) 324-7896 (fax)
rdigiorgio@cwcd.com

November 25, 2009

Honorable Clay D. Land
U.S. District Judge
Post Office Box 2017
Columbus, GA 31902

Re:   Craft v. North Seattle Community College Foundation, et. al.
      3:07-CV-132(CDL)

Dear Judge Land:

I am writing on behalf of all the attorneys for all the parties to inform you that we have scheduled a mediation conference with Mr. James Rawls in Atlanta for Monday, December 7, 2009 starting at 8:30 a.m. The parties will report to the court the results of our mediation efforts the following day.

We thank you for the courtesies you have extended to all of us and trust that should you have any questions you would not hesitate to contact us.

Very truly yours,

G. Rick DiGiorgio

GRD/rpd
cc:   James W. Hurt, Jr., Esquire
      Irwin Stoltz, Esquire
      Bernard Taylor, Sr., Esquire
      Sean A. Simmons, Esquire
      Lawrence S. Greenwald, Esquire
      Brian L. Moffett, Esquire